# Court of Appeals
# of the State of Georgia

ATLANTA, __March 21, 2023__

*The Court of Appeals hereby passes the following order:*

**A23A0936     MICHELLE A. BRYAN v. APALACHEE STATION COMMUNITY ASSOCIATION, INC.**

This case was docketed by this court on Jaunary 30, 2023, and appellant's brief and enumerations of error were due on February 20, 2023. A requested extension was granted in which to file the brief by March 13, 2023. As of the date of this order, appellant has not filed a brief. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__03/21/2023__*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*